# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Denise Robinson and David Stigall,

Plaintiff(s),

v.

Walgreen Co.,

Defendant(s).

Case No. 20 C 50288
Judge Philip G. Reinhard

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Walgreen Co.
and against plaintiff(s) Denise Robinson and David Stigall.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Philip G. Reinhard on a motion to dismiss.

Date: 1/24/2022

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk